Judge Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR05-0424TSZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | SETTING TRIAL DATE |
| WADE B. COOK, and | ) | |
| LAURA M. COOK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Court, having conducted status conferences on January 19, 2006, March 3, 2006, and April 4, 2006, concerning appropriate dates for trial and pretrial motions, and having heard arguments of counsel and having considered the parties' stipulation herein, HEREBY ORDERS:

    Trial of this matter shall be scheduled for January 16, 2007. The Court finds, pursuant to 18 U.S.C. § 1361(8)(B)(ii), that this case is unusual and complex due to the nature of the prosecution demonstrated by the large volume of discovery, the large number of witnesses, the number of tax years involved, and the need for experts. In addition, counsel for the defendants have several other trials already scheduled which limits their availability. The continuance granted here is necessary to permit the defendants' continuity of counsel and lack of a continuance would deny those attorneys time necessary for effective preparation for this criminal trial, taking into account the

(Proposed) Order Setting Trial Date - 1
U.S. v. Cook, et al (CR05-0424Z)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  exercise of due diligence.  As a result, it is unreasonable to expect adequate preparation
2  for trial within the time limits established under the speedy trial act, 18 U.S.C. § 1361.
3      The Court therefore finds that the ends of justice served by continuing this trial
4  outweighs the best interest of the public and the defendants in a speedier trial, and that
5  the period of delay resulting from this continuance, from March 13, 2006, until January
6  16, 2007, is exludable time pursuant to 18 U.S.C. § 3161(8)(A).
7      It is so ordered.
8      Dated: April 7, 2006

_____
Thomas S. Zilly
United States District Judge

Agreed and approved:

s/ Kurt P. Hermanns
KURT P. HERMANNS
Assistant United States Attorney

s/ Angelo Calfo and s/ Scott Schill  *
ANGELO CALFO and SCOTT SCHILL
Counsel for Wade B. Cook

s/ Robert Westinghouse
ROBERT WESTINGHOUSE
Assistant United States Attorney

s/ Jeffrey Robinson and s/ Amanda Lee *
JEFFREY ROBINSON and AMANDA LEE
Counsel for Laura M. Cook

* per telephone authorization

(Proposed) Order Setting Trial Date - 2
U.S. v. Cook, et al (CR05-0424Z)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970